## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NHI REIT OF TX-IL, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> THE LASALLE GROUP, INC.; <br> TLG FAMILY MANAGEMENT, LLC; <br> SOUTH BARRINGTON REIT TENANT, LLC; <br> ARLINGTON REIT TENANT, LLC; <br> BOLINGBROOK REIT TENANT, LLC; <br> CRYSTAL LAKE REIT TENANT, LLC; and <br> ROCKWALL REIT TENANT, LLC, <br><br> *Defendants.* | CASE NO. 3:19-cv-00117 |

### AGREED JUDGMENT AGAINST DEFENDANT TLG FAMILY MANAGEMENT, LLC

It is hereby stipulated and agreed by Plaintiff NHI-REIT of TX-IL, LLC ("Plaintiff") and Defendant TLG Family Management, LLC ("Defendant" or "TLG") (collectively, Plaintiff and Defendant are referred to herein as the "Parties") that, to resolve any and all disputes between them in this lawsuit, the Parties consent to the entry of this Agreed Judgment.

This Agreed Judgment is being entered pursuant to a Settlement Agreement and Final Release between the Parties. The Parties stipulate, and the Court finds based on such stipulation, that this Court has jurisdiction over the subject matter of this lawsuit, that venue is proper, and that all substantive and procedural prerequisites to the entry of this Agreed Judgment, as well as its enforceability and compliance with the Federal Rules of Civil Procedure, have been met or are hereby waived by the Parties. The Parties further stipulate and agree that this Agreed Judgment may be entered without additional findings of fact and/or conclusions of law, and the Parties waive all rights, if any, to request additional findings or conclusions and to contest or dispute entry of this Agreed Judgment or to require any further hearings or proceedings before this Court prior to entry of this Agreed Judgment.

Accordingly, based on the stipulations and agreements of the Parties, the Court finds that this Agreed Judgment should be rendered and entered in favor of Plaintiff and against Defendant. Accordingly,

Judgment is entered in favor of Plaintiff and against Defendant as to all claims; further

Plaintiff is entitled to recover from Defendant the sum of $4,000,000.00 in actual damages; further

All attorneys' fees, costs, and expenses shall be borne by the party incurring same. This is a final order. The Clerk shall close this file.

**IT IS SO ORDERED**.

_____
**WAVERLY D. CRENSHAW, JR.**
**UNITED STATES DISTRICT JUDGE**